UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Candice Wilhelm, individually and on behalf of similarly situated individuals,<br><br>        Plaintiff,<br><br>    v.<br><br>BAM Trading Services, Inc.,<br><br>        Defendant. | Case No. 1:23-cv-14906<br><br>Hon. Manish S. Shah |

## DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS FOR FORUM NON CONVENIENS

Defendant BAM Trading Services, Inc. ("BAM") respectfully moves the Court to compel arbitration of the claims asserted in Plaintiff's Class Action Complaint and dismiss this action pursuant to the doctrine of forum non conveniens. The grounds supporting this motion are set out in the accompanying Memorandum of Law, Declaration, and the exhibits thereto.

Dated: December 13, 2023

Respectfully submitted,

WINSTON & STRAWN LLP

By: /s/ *Sean G. Wieber*
Sean G. Wieber
Whitney I. Adams
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, Illinois 60601
Phone: 312-558-5600
Fax: 312-558-5700
swieber@winston.com
wiadams@wiston.com

Daniel T. Stabile (*pro hac vice*)
WINSTON & STRAWN LLP
200 S. Biscayne Blvd., Suite 2400
Miami, FL 33131
Phone: 305-910-0500
Fax: 305-910-0505
dstabile@winston.com

*Attorneys for Defendant*
*BAM Trading Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2023, I filed the foregoing document using the CM/ECF system and caused it to be sent via electronic mail to counsel for Plaintiff as follows:

Michael L. Fradin, Esq.
8 N. Court St. Suite 403
Athens, Ohio 45701
Telephone: 847-986-5889
Facsimile: 847-673-1228
Email: mike@fradinlaw.com

James L. Simon
Simon Law Co.
11 ½ N. Franklin Street
Chagrin Falls, Ohio, 44022
Telephone: 216-846-8696
Email: james@simonsayspay.com

/s/ Sean G. Wieber
Sean G. Wieber
Whitney I. Adams
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, Illinois 60601
Phone: 312-558-5600
Fax: 312-558-5700
swieber@winston.com
wiadams@wiston.com

Daniel T. Stabile (*pro hac vice*)
WINSTON & STRAWN LLP
200 S. Biscayne Blvd., Suite 2400
Miami, FL 33131
Phone: 305-910-0500
Fax: 305-910-0505
dstabile@winston.com

*Attorneys for Defendant*
*BAM Trading Services, Inc.*