UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Candice Wilhelm
                              Plaintiff,

v.                                                                      Case No.: 1:23−cv−14906
                                                                        Honorable Manish S. Shah

BAM Trading Services, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 30, 2024:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the notice of voluntary dismissal [16] this case is dismissed without prejudice. Civil case terminated. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.